UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SMITH,

    Plaintiff,

v.                                                CASE NO. 4:19cv514-MCR-CAS

OKEECHOBEE SCHOOL
FOR BOYS, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration on the Magistrate Judge's Amended Report and Recommendation dated February 27, 2020. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of Plaintiff's timely filed objections. ECF No. 11.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

3. Plaintiff's request to proceed *in forma pauperis*, ECF No. 6, is **DENIED**.

4. Plaintiff's request for extension of time to file an amended complaint, ECF No. 8, is **DENIED**.

5. The clerk is directed to close the case file.

**DONE AND ORDERED** this 19th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**